## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA CAVALLARO and MONIQUE HERMAN, on behalf of themselves and all other employees similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, JOHN O'BRIEN, AND PATRICIA WEBB,<br><br>DEFENDANTS. | Civil Action No.  4:09-cv-40181-FDS |

### JOINT MOTION TO STAY PROCEEDINGS
### PENDING MEDIATION

PLEASE TAKE NOTICE THAT Plaintiffs and Defendants[1] (collectively "the Parties"), by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 7(b), hereby respectfully move this Court for an order staying these proceedings pending the outcome of the Parties' mediation, scheduled for September 27, 2010, and continuing through October 4, 2010 by which date the Parties will apprise the Court of whether their resolution efforts were successful, whether additional time is needed to complete mediation, or whether the Parties' mediation efforts were unsuccessful.  A mediation in

---

[1] For purposes of this Motion, "Defendants" collectively refers to the following named defendants in the above-styled action:  UMass Memorial Health Care, Inc.; UMass Memorial Hospitals, Inc.; UMass Memorial Medical Center, Inc.; Healthalliance Hospitals, Inc.; Marlborough Hospital; The Clinton Hospital Association; Wing Memorial Hospital Corporation; John O'Brien; and Patricia Webb.

this matter previously was scheduled for August 19, 2010.   The significant amount of information and documents exchanged between the Parties in preparation for the mediation required that the mediation be rescheduled for its current date, September 27, 2010.

On July 16, 2010, when mediation was then scheduled for August 19, 2010, the Parties filed a Joint Motion to Extend Time for Plaintiffs to Respond to Defendants' Motion for Reconsideration, Defendants to Respond to Plaintiffs' Motion for Reconsideration, and Defendants to File an Answer to Plaintiffs' Complaint.   *See* Doc. No. 41. ("July 16, 2010 Joint Motion")   The Parties then requested that the time for responding to Plaintiffs' and Defendants' respective Motions for Reconsideration of the Court's July 2, 2010 Orders and the time for Defendants' to respond to Plaintiffs' Complaint be extended until September 6, 2010 in light of the scheduled mediation then scheduled for August 19, 2010. (Doc. No. 42)   On July 19, 2010, the Court issued an electronic Order granting the Parties' July 16, 2010 Joint Motion.

This Joint Motion to Stay Proceedings Pending Mediation is submitted to request that all deadlines and matters in this proceeding be stayed until October 4, 2010 to first allow the Parties an opportunity to complete mediation on September 27, 2010, and conclude settlement discussions. As part of their request, the Parties specifically seek an adjournment and stay of the status conference currently scheduled for September 8, 2010. The Parties will file a status report by October 4, 2010 updating the Court on our progress towards settlement and, if successful, the length of the stay necessary to finalize any potential settlement the Parties may reach.   In the interim, in addition to requesting a stay of all proceedings until October 4, 2010, the Parties request that the time for Plaintiffs to Respond to Defendants' Motion for Reconsideration, Defendants to Respond to Plaintiffs' Motion for Reconsideration, and Defendants to File an Answer to Plaintiffs' Complaint be extended until October 11, 2010.

The Parties seek a stay of these proceedings in order to fully concentrate their resources into the mediation, with the aim of resolving the entire matter.  In support of the instant Joint Motion, the Parties rely on their Memorandum of Law in Support of Joint Motion To Stay Proceedings Pending Mediation, filed contemporaneously herewith.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

In accordance with Local Rule 7.1, the Parties hereby certify that Defendants' counsel, Lisa A. Schreter, has conferred with Plaintiffs' counsel in this action, Patrick Solomon, regarding the issues presented in the Joint Motion To Stay Proceedings Pending Mediation.  As part of the Parties' good faith efforts to resolve this litigation in the Parties' Confidential Mediation Agreement, the Parties have agreed to file this joint request to stay the proceedings pending the outcome of the Parties' mediation.

Respectfully submitted,

PATRICIA CAVALLARO AND
MONIQUE HERMAN

By their attorneys,

/s/ Patrick J. Solomon
Patrick J. Solomon, Esq. Michael J. Lingle,
Esq. THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
psolomon@theemploymentattorneys.com
mlingle@theemploymentattorneys.com

Jody L. Newman
Ariatna Villegas-Vasquez
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
jnewman@dwyercollora.com
avillegas-vazquez@dwyercollora.com

UMASS MEMORIAL HEALTH CARE,
INC., UMASS MEMORIAL HOSPITALS,
INC., UMASS MEMORIAL MEDICAL
CENTER, INC., HEALTHALLIANCE
HOSPITALS, INC., MARLBOROUGH
HOSPITAL, THE CLINTON HOSPITAL
ASSOCIATION, WING MEMORIAL
HOSPITAL CORPORATION, JOHN
O'BRIEN AND PATRICIA WEBB,

By their attorneys,

/s/ Lisa A. Schreter
Lisa A. Schreter
Angelo Spinola
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500 Atlanta, GA  30326
Phone: 404.233.0330
Fax: 404.233.2361
lschreter@littler.com
aspinola@littler.com

Gregory C. Keating (BBO # 564523)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA  02110
Phone 617.378.6000
Fax 617.737.0052
gkeating@littler.com

September 2, 2010

## CERTIFICATE OF SERVICE

I, Lisa A. Schreter, hereby certify that on this 2nd day of September, 2010, the foregoing Joint Motion To Stay Proceedings Pending Mediation was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of electronic filing and also via first class mail to Plaintiffs' counsel of record:

Jody L. Newman
Ariatna Villegas-Vasquez
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
jnewman@dwyercollora.com
avillegas-vazquez@dwyercollora.com


Patrick J. Solomon, Esq.
Michael J. Lingle, Esq.
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
psolomon@theemploymentattorneys.com
mlingle@theemploymentattorneys.com


/s/ Lisa A. Schreter
Lisa A. Schreter


Firmwide:97228346.1 058224.1002