# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PATRICIA CAVALLARO AND MONIQUE HERMAN,** *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>**UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, JOHN O'BRIEN, AND PATRICIA WEBB**<br><br>*Defendants.* | **Civil Action No.<br>09-cv-40181-FDS** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereto, by and through their undersigned counsel, hereby STIPULATE and AGREE that:

1. Defendants John O'Brien and Patricia Webb are hereby dismissed without prejudice.

2. Count X (Equitable Estoppel) and Count XI (Promissory Estoppel) of Plaintiffs' Complaint are hereby dismissed with prejudice.

Dated: September 30, 2010

By their attorneys,

/s/Patrick J. Solomon
Patrick J. Solomon (admitted *pro hac vice*)
Michael J. Lingle (admitted *pro hac vice*)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607
(585) 272-0540
psolomon@theemploymentattorneys.com
mlingle@theemploymentattorneys.com

Jody L. Newman (BBO No. 542264)
Ariatna Villegas-Vazquez (BBO No. 655249)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000
jnewman@dwyercollora.com
avillegas-vazquez@dwyercollora.com

UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, WING MEMORIAL HOSPITAL CORPORATION, JOHN O'BRIEN AND PATRICIA WEBB,

By their attorneys,
/s/ Lisa A. Schreter
Lisa A. Schreter
Angelo Spinola
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500 Atlanta, GA 30326
Phone: 404.233.0330
Fax: 404.233.2361
lschreter@littler.com
aspinola@littler.com

Gregory C. Keating (BBO # 564523)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
Phone 617.378.6000
Fax 617.737.0052
gkeating@littler.com

Dated: July __, 2010

**SO ORDERED:**

_____
Honorable F. Dennis Saylor, IV