**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**PATRICIA CAVALLARO and MONIQUE HERMAN, on behalf of themselves and all other employees similarly situated,**

**PLAINTIFFS,**

**v.**

**UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, AND WING MEMORIAL HOSPITAL CORPORATION,**

**DEFENDANTS.**

**Civil Action No. 4:09-cv-40181-FDS**

**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE THAT Defendants[1], by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 12(c), hereby respectfully move this Court for an order granting judgment on the pleadings and dismissing the First Amended Complaint filed by Plaintiffs Patricia Cavallaro and Monique Herman ("Plaintiffs") in its entirety (Counts I – XI) *with prejudice*.[2]

[1] For purposes of this Motion, "Defendants" collectively refers to the following named defendants in the above-styled action: UMass Memorial Health Care, Inc.; UMass Memorial Hospitals, Inc.; UMass Memorial Medical Center, Inc.; HealthAlliance Hospitals, Inc.; Marlborough Hospital; The Clinton Hospital Association; and Wing Memorial Hospital Corporation.

[2] On October 11, 2010, Plaintiffs' filed their First Amended Complaint that omitted prior individual named Defendants John O'Brien and Patricia Webb, and also omitted prior Count 10 for Equitable Estoppel and prior Count 11 for Promissory Estoppel. (*See* First Amended Complaint, Doc. No. 49, hereinafter "Am. Complaint"). Accordingly, prior Count 12 (Conversion) is now Count 10 in the First Amended Complaint, and prior Count 13 (Failure to Keep Accurate Records) is now Count 11. *Id.* at Counts 10 and 11. Plaintiffs re-alleged in the First Amended Complaint the following Counts that this Court previously dismissed as completely preempted by Section 301: Count 1 (Chap. 149, MWWA), Count 3 (Breach of Contract: Failure to Pay Earned Wages); Count 4 (Breach of Contract: Failure to Provide and Pay for Missed and/or Interrupted Meal Breaks); Count 5 (Breach of Implied Contract); Count 8 (Fraud); and Count 9 (Negligent Misrepresentation). Defendants understand that these previously dismissed Counts were re-alleged for the sole purpose of maintaining Plaintiffs' arguments during the pendency of Plaintiffs' Motion for Reconsideration of this Court's July 2, 2010 Order on Motions.

In support of their Motion, Defendants rely on their Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, filed contemporaneously herewith, along with all other pleadings and papers on file in this action.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on their Motion for Judgment on the Pleadings.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

In accordance with Local Rule 7.1, I hereby certify that on November 16, 2010, I conferred with Plaintiffs' counsel in this action, Patrick Solomon, via electronic mail and attempted in good faith to resolve or narrow the issues presented in Defendants' Motion for Judgment on the Pleadings. Counsel could not resolve or narrow the issues.

UMASS MEMORIAL HEALTH CARE, INC., UMASS MEMORIAL HOSPITALS, INC., UMASS MEMORIAL MEDICAL CENTER, INC., HEALTHALLIANCE HOSPITALS, INC., MARLBOROUGH HOSPITAL, THE CLINTON HOSPITAL ASSOCIATION, AND WING MEMORIAL HOSPITAL CORPORATION,

By their attorneys,

*/s/ Lisa A. Schreter*

Lisa A. Schreter
Angelo Spinola
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500 Atlanta, GA 30326
Phone: 404.233.0330
Fax: 404.233.2361
lschreter@littler.com
aspinola@littler.com

Gregory C. Keating (BBO # 564523)
LITTLER MENDELSON, P.C.
One International Place
Suite 2700
Boston, MA 02110
gkeating@littler.com

Dated: November 17, 2010.

**CERTIFICATE OF SERVICE**

I, Lisa A. Schreter, hereby certify that on this 17th day of November, 2010, the foregoing Defendants' Motion for Judgment on the Pleadings was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of electronic filing and also via first class mail to plaintiffs' counsel of record:

Jody L. Newman
Ariatna Villegas-Vasquez
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211

Patrick J. Solomon, Esq.
Michael J. Lingle, Esq.
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, NY 14607

*/s/ Lisa A. Schreter*
Lisa A. Scheter

Firmwide:98477363.1 058224.1002